UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CAUSE NO. |
| | § | |
| HELIODORO GARCIA SALINAS | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **HELIODORO GARCIA SALINAS**, Petitioner in the above entitled and numbered cause enters this application to the Court to issue a Writ of Habeas Corpus pursuant to **28 U.S.C.§ 2241** and in support of such application shows:

### I.

This Court has jurisdiction under **28 U.S.C. § 2241**, which authorizes courts to issue writs of habeas corpus to persons in custody in violation of federal law. Petitioner is currently detained within the jurisdiction of this Court.

### II.

On November 8, 2025, Applicant was arrested and charged with 212a6Ai – Alien Present Without Admission or Parole and 212a7AiI – Immigrant Without an Immigrant Visa. Defendant is currently in custody at the Joe Corley Processing Ctr in Conroe, Texas.

The Defendant, **HELIODORO GARCIA SALINAS** is illegally confined or restrained in his liberty by the U.S. Department of Homeland Security without probable cause that said crime was committed by said Defendant. A copy of the complaint cannot be obtained by this Defendant.

Additionally, Defendant, **HELIODORO GARCIA SALINAS**, asserts that there was no probable cause to justify the initial stop and detention. Defendant was one of multiple occupants in the vehicle at the time of the stop, including another individual who was similarly situated. However, only Defendant **HELIODORO GARCIA SALINAS**, was detained and taken into custody. The other individual, also believed to be unlawfully present, was not detained or

charged. This selective enforcement raises concerns regarding the constitutionality of Defendant's detention.

### III. Field Arrest Information

1.  Law Enforcement Agent
    a.  Walker County Constable Pct. 3
    b.  Officer Name: Jason Warren
    c.  Badge Number: 8831
    d.  Cell Phone Number: (936) 581-3920
    e.  Email: jwarren@co.walker.tx.us
2.  Date / Time of Arrest:
    a.  November 8, 2025
    b.  12:30 pm
3.  Approval of Arrest
    a.  Ice Officer – Labossere
    b.  Time: 12:30 pm
    c.  Location: 101 Lakeview Dr., New Waverly

### IV. Prior Arrest / Criminal History

1.  Traffic Offense
    Convicted December 10, 2007
2.  Traffic Offense
    Convicted December 10, 2007
3.  Driving Under Influence Liquor
    Misdemeanor
    Convicted November 15, 2012
4.  Driving Under Influence Liquor
    Misdemeanor
    Convicted August 20, 2014
    3 day Jail

### V. Terrorist Link

1.  Record Checks

a. No link to Terrorism

b. No Travel to Countries Linked to Terrorism

## VI. Gang Organization

1. Defendant has no ties to gang organizations.

## VII. Wants / Warrants

1. None.

## VIII. Supporting Documentation

Defendant, HELIODORO GARCIA SALINAS, submits as Exhibits, letters of support from individuals who have known him for over twenty-one (21) years. These individuals can attest to Defendant's character, community ties, and reliability, all of which are relevant to his credibility and lack of flight risk. Attached as Exhibit "A" is Support Letter from Judd Kearl and Exhibit "B" is Support Letter from Alisha Renee Gardner.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner respectfully request that the Court grant this Application for Writ of Habeas Corpus and release the Defendant from custody or set a reasonable bond that the court determines to be reasonable.

Respectfully submitted,
**ALVAREZ LAW FIRM**
501 N. Britton Ave.
Rio Grande City, Texas 78582
(956) 487-4871
(956) 487-7521 fax

By: _____
**J.M. "CHUY" ALVAREZ**
State Bar No. 01126960

## CERTIFICATE OF SERVICE

On the 17th day of April, 2026, I, J.M."Chuy"Alvarez, served via e-filing a copy of the APPLICATION FOR WRIT OF HABEAS CORPUS and any attached pages unto the parties in accordance with rule 21a of the Texas Rules of Civil Procedure.

J.M."CHUY"ALVAREZ