**Gmail**

CHUY ALVAREZ <chuyalvarez11@gmail.com>

---

**Piano**

**Judd Kearl** <judd@diamondgranch.co>
To: CHUY ALVAREZ <Chuyalvarez11@gmail.com>

Sun, Feb 15, 2026 at 12:00 PM

---

Dear Sir or Madam,

I am writing to offer my wholehearted support as a sponsor for Mr. Heliadoro Garcia Salinas. I have known Heliadoro for over 15 years, and in that time, he has proven himself to be an outstanding member of both the workforce and our community.

Heliadoro manages a large cattle operation and horse farm, where he takes on the full responsibility of running the entire ranch. His leadership is unparalleled—he ensures the animals are well cared for, the staff are motivated, and the operations run smoothly. Beyond his professional skill, Heliadoro is a beacon of integrity. He is known for his honesty, dependability, and his willingness to help others. He regularly volunteers, supports neighbors in need, and is a trusted and respected figure in our town.

I have no doubt that Heliadoro will continue to enrich the community, and he would be a tremendous asset as a resident. Please do not hesitate to contact me if you need further details.

Sincerely,

Judd Kearl

Judd@diamondgranch.co

Sent from my iPhone

**EXHIBIT**

A