Alisha Renee Gardner, LPC

27 Gardner Rd.

New Waverly, TX 77358

2/25/26

To Whom It May Concern:

I am writing this letter in support of Mr. Heliadoro Garcia Salinas. I am a Licensed Professional Counselor in the state of Texas; however, I am submitting this letter strictly in my personal capacity as a long-time friend and community member. I am not serving as Hiliadoro's treating clinician and have not conducted a formal psychological evaluation.

I have known Heliadoro for 15 years and during that time I have observed him to be a person of integrity, responsibility, and strong moral character. Heliadoro consistently demonstrates commitment to family, community, and work.

From my professional background in mental health, I understand the importance of stability, safety, and social support in maintaining emotional well-being. Based solely on my observations as a friend, it is evident that Heliadoro's current environment provides meaningful structure, connection, and support. Disruption of that stability would likely cause significant emotional distress and hardship.

While I am not offering a clinical opinion, I can state with confidence that Heliadoro is a contributing, compassionate, and responsible individual whose presence positively impacts those around him. I respectfully ask that these qualities and community ties be taken into consideration.

Thank you for your time and thoughtful review.

Sincerely,

Alisha Renee Gardner, LPC

936 581-0565



EXHIBIT

B